UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-20893-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GINGER LAY,

    Defendant.
_____/

**UNOPPOSED MOTION TO AWARD FINAL FEES AND
COSTS TO THE RECEIVER AND RECEIVER'S COUNSEL**

George Richards, Receiver, through the undersigned counsel, files this Unopposed Motion to Award Final Fees and Costs to the Receiver and his counsel. In support thereof, the Receiver states as follows:

1. On May 29, 2019, this Court entered an Order (DE 285) Appointing George Richards of National Auction Company, Inc., as the Receiver ("Receiver") over real property owned by the Defendant, Ginger Lay ("Lay"). The Court directed the Receiver to sell the property for payment towards Defendant's outstanding restitution obligation to the United States in the original amount of $6,300,000.00 (DE 182).

2. The receivership property consists of a single family home located at 5670 Hollowbrooke Lane NW, Acworth, Georgia 30101 (the "Receivership Property").

3. In the course of performing his responsibilities, the Receiver: (a) routinely inspects the Receivership Property; (b) ensures that any necessary maintenance is performed; (c) conducts a market study to develop an opinion of value; (d) actively markets and shows the Receivership Property to interested purchasers; and (e) takes such other action as he deems

reasonable and necessary in furtherance of performing his responsibilities to maintain the status quo and liquidate the asset.

## Sale of Receivership Property

4. On November 8, 2019, the Court entered an Order Approving Sale of the Receivership Property (DE 301) with a purchase price of $390,000.00. The closing occurred on November 25, 2019 and a Notice of Closing (DE 303) was filed with the Court on November 26, 2019.

5. After payment of past due real estate taxes, brokerage commissions and other closing costs, the Receivership Property generated net proceeds of sale totaling $344,665.33. A copy of the Closing Statement is attached hereto as **Exhibit "A"**.

## The Receiver's Requested Fees and Expenses

6. The Order Appointing the Receiver (DE 285) provides that the Receiver will be paid eight percent (8%) of the sales price for serving as the Receiver, plus reimbursement for any expenses incurred. The Receiver requests payment of a commission of eight percent (8%) of the $390,000.00 sales price in the amount of $31,200.00.

7. The Receiver also requests reimbursement of $4,139.24 in expenses advanced in connection with the Receivership Property. A Receivership Expense Report detailing the expenditures made is attached hereto as **Exhibit "B"**.

8. The total amount sought by the Receiver for his professional fees and expenses through the date of this Motion is $35,339.24.

## Attorney Fees and Expenses of Receiver's Counsel

9. In addition to the foregoing fees and expenses, the Receiver engaged Chapman Smith, Esq. ("Receiver's Counsel") to represent him in this matter and to facilitate the administration of the Receivership Estate.

10. As of February 18, 2020, Receiver's Counsel expended 20.00 hours of attorney time and paralegal time totaling $6,882.50, and advanced costs totaling $43.95 for a total of $6,926.45. The Affidavit of Attorney Fees and Costs from Receiver's Counsel is attached hereto as **Exhibit "C"**.[1]

11. By this Motion, the Receiver seeks the award and disbursement of the following fees and costs: (a) $35,339.24 to the Receiver for the Receiver's fee and reimbursement of expenses; and (b) $6,926.45 in attorney fees and costs to be awarded to Receiver's Counsel.

12. All amounts awarded to the Receiver and Receiver's Counsel hereunder will be deducted and disbursed from the proceeds of sale of the Receivership Property. After deducting all awarded fees and expenses, the net proceeds of sale will be paid to the Clerk of Court pursuant to the Order Approving Sale and applied to Defendant's restitution obligation pursuant to applicable law.

13. The United States agrees that the time expended and the expenses incurred in this matter by the Receiver and Receiver's Counsel were necessary and reasonable and recommends the approval and award of same.

14. The Receiver requests that the Court: (a) approve the professional fees and compensation to the Receiver and Receiver's Counsel as provided for herein; and (b) authorize the payment and disbursement of all awards hereunder to be made from the proceeds of sale. A Proposed Order Awarding Final Fees and Costs is attached hereto as **Exhibit "D"**.

WHEREFORE, the Receiver respectfully requests this Honorable Court (a) approve the professional fees and expenses to the Receiver and his attorneys, (b) direct the payment of same

---

[1] This Motion is filed as unopposed and has been approved by Defendant and the Government, including the hourly rates for counsel and the time expended in connection with the Receivership. Therefore, an affidavit of reasonableness from third-party counsel as to the reasonableness of the hourly rates charged and the time expended in this matter by counsel for the Receiver is not included with this motion by agreement of the parties in an effort to reduce the costs of the Receivership.

from the proceeds of sale, and (c) grant such further relief as this Court deems just and proper under the circumstances.

## COMPLIANCE WITH LOCAL RULES 7.3 & 88.9(a)

The undersigned hereby certifies that prior to filing this Motion, the undersigned conferred with (a) Maureen Donlan, AUSA, on behalf of the United States of America, who advised that the United States is in agreement with the Motion; and (b) Deana Timberlake-Wiley, Esq. counsel for Defendant, who advised that Defendant is in agreement with the relief sought in this Motion and has no objection.

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

By: */s/Chapman Smith, Esq.* (0002895)
E-Mail: csmith@csmithassoc.com
Fla. Bar No. 0002895
Chapman Smith & Associates, PLC
2699 Stirling Road, Suite A-201
Fort Lauderdale, FL 33312
Telephone: 954.981.3249
Facsimile: 954.981.3259
*Attorneys for Receiver*

**SERVICE LIST**
**United States v. Ginger Lay**
**Case No. 16-20893-CR-MORENO**
**United States District Court, Southern District of Florida**

| | |
|---|---|
| Deana Timberlake-Wiley<br>Simmons, Finney, Solomon & Winfield, LLC<br>P.O. Box 2242<br>Peachtree City, GA 30269<br>Email: dwiley@sfswlegal.team.com<br><br>Susan Katherine Bozorgi<br>Marrero Bozorgi, PL<br>201 Alhambra Circle<br>Suite 1050<br>Miami, FL 33134<br>Fax: 305 577-9712<br>Email: sbozorgi@marrerobozorgi.com<br><br>Susan Wright Van Dusen<br>201 Alhambra Circle<br>Suite 1050<br>Miami, FL 33134<br>Fax: 285-5124<br>Email: svandusenlaw@aol.com<br><br>Kevin J. Larsen<br>United States Attorney's Office<br>Economic Crimes Section<br>99 N.E. 4th Street<br>Miami, FL 33132<br>Fax: 305-530-6168<br>Email: kevin.larsen@usdoj.gov<br><br>Daren Grove, AUSA<br>United States Attorney's Office<br>99 NE 4 Street<br>Miami, FL 33132<br>Email: daren.grove@usdoj.gov<br>CM/ECF | Jon Milton Juenger<br>United States Attorney's Office<br>99 NE 4 Street<br>Miami, FL 33132<br>Fax: 305-530-6168<br>Email: Jon.Juenger@usdoj.gov<br><br>Maureen Donlan<br>United States Attorney's Office<br>99 NE 4 Street<br>Miami, FL 33132<br>Fax: 305-530-7139<br>Email: maureen.donlan@usdoj.gov |